PROB 34
(Rev 5/01)

Report and Order Terminating Probation/Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

District of the Virgin Islands

UNITED STATES OF AMERICA

v.                                    Crim. No. 1998-0041-001

EARL CHARLES JR.

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on December 9, 2007, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this _11_ day of _Dec_, 20 _07_.

_____
United States District Judge

Patricia Cooke, AFPD
David Atkinson, AUSA
Probation
Marshal.

12/13/07
@